In the Matter of the Designation of SAMUEL FRASER as a Candidate for the Republican Party Nomination for the Office of Comptroller of the State of New York.

JOHN KISSEL, Appellant; SAMUEL FRASER et al., Respondents.

*Matter of Fraser*, 185 App. Div. ——, affirmed.

(Argued September 30, 1918; decided October 8, 1918.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered August 24, 1918, which reversed an order of Special Term sustaining objections to the petition designating Samuel Fraser as a candidate for the Republican nomination for the office of state comptroller. The grounds of the objection to such petition were that the authority of the notaries public, commissioners of deeds and justices of the peace who acted as such officers in taking the acknowledgments and oaths of the signers of said petitions, in counties, and in cities and localities in counties other than Albany county, were not authenticated by the county clerks' certificates of the clerks of the several counties, in the manner required by sections 310 and 312 of the Real Property Law, and that by reason of such omission the secretary of state was without authority to file such petitions in his office, which is in the Capitol in Albany county.

*Louis J. Altkrug* for appellant.

*A. S. Gilbert* and *Theodore T. Baylor* for Samuel Fraser et al., respondents.

*Merton E. Lewis*, Attorney-General (*Robert P. Beyer* and *William J. Smith* of counsel), for Secretary of State, respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, McLAUGHLIN and CRANE, JJ.